UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2012 MAY 24 AM 10:08



| UNITED STATES OF AMERICA, | CASE NO. 12-cr-01311-JES |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| Evelyn Inzunza (2), | |
| Defendant. | |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense(s) as charged in the Indictment/Information:

21:952 and 960; 18:2 - Importation of Methamphetamine and Aiding and Abetting (Felony)(1)

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 5/23/12

Nita L. Stormes
U.S. Magistrate Judge